## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| vs. | ) | **Case No. 26-CR-40049-SMY** |
| | ) | |
| JESSE NEWKIRK, | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER FOR PRESENTENCE PROCEDURE

**YANDLE, Chief District Judge:**

This matter comes before the Court in anticipation of the sentencing hearing. Strict compliance with Federal Rule of Criminal Procedure 32 and SDIL-LR Appendix A, Cr.-32.1 will be required.

Any **objections** to the Presentence Report (PSR) and/or Exhibit A, "Recommended Terms and Conditions of Supervised Release" proposed by the United States Probation Office (Recommended Terms) must be filed no later than **14 days** after a party receives the PSR or Recommended Terms. For counsel, "receive" means the date the PSR and/or Recommended Terms were docketed in the Case Management/Electronic Case Filing ("CM/ECF") system. **Responses** to objections must be filed no later than **7 days** after objections are received.

If the Government or the Defendant believes **additional terms or conditions** of supervision (i.e., terms or conditions not recommended by the Probation Office) are appropriate, it is the responsibility of the prosecutor or defense counsel to file objections to the Recommended Terms in a manner consistent with the time limits set forth above, in order to allow opposing counsel sufficient notice and opportunity to thoroughly respond at sentencing.

The parties are encouraged to consult with the probation officer who authored the PSR before filing formal objections to the PSR, in an effort to obtain agreement to revise the report

without the necessity of formal objections. Any unresolved objections to the PSR which are subject to a formal objection shall cause the probation officer to prepare an addendum addressing each objection. Objections to the Recommended Terms will be addressed by the Court at sentencing. If there are no objections, or if there are minimal objections to the Recommended Terms of Supervised Release, the Defendant and his/her Counsel may sign a Full or Partial Waiver of the Reading of Terms and Conditions of Supervision in Open Court.  **Said waivers are attached hereto and shall be filed no later than one day prior to Sentencing.**

**Sentencing memoranda** are strongly encouraged and must be filed no later than **7 days** before the sentencing hearing. Likewise, if either party intends to present testimony at the sentencing hearing, notice of the proposed witnesses, the subject of each witness's testimony, and the projected length of the testimony shall be filed with the Court (and served on opposing counsel) no later than **7 days** before the sentencing hearing. Generally, the Court schedules sentencing hearings for an hour, and this information will allow the Court the opportunity to change its schedule, if necessary.

In accordance with SDIL-LR Appendix A, Cr.-44.1, following judgment of conviction, defense counsel shall complete and file a Notice of Compliance with SDIL-LR Appendix A, Cr. 44.1, a copy of which is attached.  Defense counsel shall file this document no later than 14 days after Judgment is entered.  Defense counsel may deliver an executed Notice of Compliance to the undersigned's courtroom deputy at the time of sentencing.

Finally, counsel are reminded that communications from victims or from supporters of Defendant should be channeled through counsel or probation – not sent directly to the Court.

**IT IS SO ORDERED.**

**DATED:  August 12, 2026**

Staci M. Yandle
**Chief United States District Judge**